# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **WKH INC.,** | ) | **Case No.:**   **22-80991-CRJ7** |
| | ) | |
| **Debtor.** | ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW **Laura Smith** (hereinafter "Injury Plaintiff" or "movant"), by and through her attorney, Brent H. Jordan and hereby respectfully represents:

1.   On or about December 10, 2021, movant commenced a civil action against WKH, Inc., alleging tort claims related to damages she incurred as the result of serious injuries suffered following an animal attack on the premises where WKH, Inc. was operating its business. Movant's injuries occurred on November 5, 2021.

2.   Debtor WKH, Inc. filed its Petition for Bankruptcy on June 14, 2022. Movant has confirmed that debtor is insured for damages related to Injury Plaintiff's claims which will cover any wrongful acts asserted in movant's civil action against Debtor. (Exhibit A-Certificate of Liability Insurance).

3.   Debtor had a policy of insurance with Capitol Specialty Insurance Corporation in effect at the time of movant's injuries that will cover any damages due the movant. An attorney hired by the insurance carrier is presently defending the injury action on behalf of the debtor.

4.      Movant believes that substantial and unreasonable delay will result if relief from the stay is not granted.

5.      Movant has cause to modify or terminate the automatic stay including lack of adequate protection or that debtor has no equity in the litigation and the litigation is not necessary to an effective reorganization.

WHEREFORE, premises considered, movant requests the following:

A.      That the automatic stay be lifted for the purpose of allowing the movant to proceed with the state court claim against the Debtor, to the extent of Debtor's policy limits with its insurance carrier.

B.      In the alternative, to afford to the movant adequate protection.

/s/ Brent H. Jordan
Brent H. Jordan
(Ala. Attorney Code JOR 035)

**OF COUNSEL:**
Conchin Cole Jordan & Sherrod
2404 Commerce Court
Huntsville, AL 35801
(p) 256-705-7777
(f) 256-705-7778
brent@alainjurylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the attorney for the Debtor and entities listed in the bankruptcy matrix on this the 17th day of June, 2022 by placing a copy of the same in the U.S. Mail, first class postage prepaid and/or by electronic submission to:

291 Valley Cruise Lane, LLC
4525 Colewood Cir. SE
Huntsville, AL 35802-1887

Andrew White, CPA
4525 Colewood Circle SE
Huntsville, AL 35802-1887

Andrew and Nancy White
4525 Colewood Circle SE
Huntsville, AL 35802-1887

Bagby Elevator
Attn: Bankruptcy Department
PO Box 320919
Birmingham, AL 35232-0919

Huntsville Fitness Equipment
7540 S. Memorial Pkwy, Ste D
Huntsville, AL 35802-2209

Laura Smith
C/O 2404 Commerce Court SW
Huntsville, AL 35801-5679

Mary Graves
2426 Preston Ridge Drive SE
Brownsboro, AL 35741-9102

Philip Damson
23 Randolph Avenue
Huntsville, AL 35801

Susan Walters
10111 Versailles Drive SE
Huntsville, AL 35803-1748

Visa
Attn: Bankruptcy Department
PO Box 790408
Saint Louis, MO 63179-0408

Kevin D. Heard

Heard, Ary & Dauro, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, AL 35801-6012

Tazewell Shepard, Trustee
PO Box 19045
Huntsville, AL 35804-9045

<u>/s/ Brent H. Jordan</u>
Brent H. Jordan

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 11/23/2021 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer any rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Ava Blevins | | |
|---|---|---|---|
| Marsh & McLennan Agency LLC | PHONE (A/C, No, Ext): 256-890-9000 | | FAX (A/C, No): 256-890-9070 |
| P. O. Box 6087 | E-MAIL ADDRESS: Ava.Blevins@MarshMMA.com | | |
| 206 Exchange Place | | | |
| Huntsville, AL 35813-0087 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Capitol Specialty Insurance Corporation | | 10328 |
| INSURED | INSURER B : Alabama Self Insured WC Fund | | |
| WKH, Inc. dba Sereno Ridge Recovery | INSURER C : Midwest Employers Casualty | | 23612 |
| 291 Valley Cruise Lane | INSURER D : | | |
| Arab, AL 35016 | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | HS0301436602 | 02/12/2021 | 02/12/2022 | EACH OCCURRENCE | $1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $1,000,000 |
| | X BI/PD Ded:5,000 | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | POLICY PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $1,000,000 |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY / SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY / NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED RETENTION $ | | | | | | | $ |
| B C | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | WC10010005952021A PQAL129001 | 01/25/2021 01/25/2021 | 01/01/2022 01/01/2022 | X PER STATUTE OTHER E.L. EACH ACCIDENT E.L. DISEASE - EA EMPLOYEE E.L. DISEASE - POLICY LIMIT | $1,000,000 $1,000,000 $1,000,000 |
| A | Professional Liab | | | HS0301436602 | 02/12/2021 | 02/12/2022 | $1Mil Occur/$2Mil Aggr | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)



PLAINTIFF'S EXHIBIT 4

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| For Evidence of Insurance Purposes Only | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |
| | CRH |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03) 1 of 1 The ACORD name and logo are registered marks of ACORD
#S8954665/M8399731  JHAVB